JOHN C. TANG, State Bar No. 212371
jctang@jonesday.com
**JONES DAY**
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 875-5892
Fax: (415) 875-5700

**PAUL, WEISS, RIFKIND,**
  **WHARTON & GARRISON LLP**
Daniel J. Kramer
dkramer@paulweiss.com
Robert N. Kravitz
rkravitz@paulweiss.com
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Fax: (212) 757-3990
  – and –
Alex Young K Oh
aoh@paulweiss.com
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Fax: (202) 223-7420

*Attorneys for Defendant*
  *MagnaChip Semiconductor Corp.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HAYES, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MAGNACHIP SEMICONDUCTOR CORP., SANG PARK, TAE YOUNG HWANG, and MARGARET SAKAI,<br><br>Defendants. | CASE NO. 3:14-cv-01160-JST<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO CLASS ACTION COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO APPROVE LEAD PLAINTIFF |

STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO CLASS ACTION COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO APPROVE LEAD PLAINTIFF

Doc#: US1:9411006v1

MagnaChip Semiconductor Corp.
3:14-cv-01160-JST

1   WHEREAS, Plaintiff Richard Hayes ("Plaintiff") filed a purported Class Action

2   Complaint for Violations of the Federal Securities Laws (the "Complaint") against Defendants

3   MagnaChip Semiconductor Corp. ("MagnaChip"), Sang Park, Tae Young Hwang, and Margaret

4   Sakai (collectively, "Defendants") in the above-captioned matter on March 12, 2014;

5   WHEREAS, based on the date on which the Complaint was served on

6   MagnaChip, Magnachip's response to the Complaint is currently due on or before June 3, 2014;

7   WHEREAS, pursuant to the Court's March 12, 2014 Order Setting Initial Case

8   Management Conference and ADR Deadlines, the Initial Case Management Conference is

9   scheduled for June 11, 2014;

10   WHEREAS, the Complaint sets forth claims under the federal securities laws that

11   are subject to the procedural requirements of the Private Securities Litigation Reform Act of

12   1995 (the "PSLRA"), including those set forth in 15 U.S.C. § 78u-4;

13   WHEREAS, the PSLRA requires that, after filing a securities class action, the

14   plaintiff must give notice of the action to allow other interested shareholders the opportunity to

15   file motions for appointment as lead plaintiff (*see* 15 U.S.C. § 78u-4(a)(3)) and, thereafter, that

16   the Court appoint a lead plaintiff;

17   WHEREAS, on May 12, 2014, Keith Thomas moved for appointment as lead

18   plaintiff, responses to the motion are due by May 27, 2014, and the Court set July 3, 2014 as the

19   date for the hearing on the motion;

20   WHEREAS, the PSLRA provides that, upon the filing of a motion to dismiss by

21   the defendants in a private securities fraud action, all discovery and other proceedings shall be

22   stayed during the pendency of such motion (*see* 15 U.S.C. § 78u-4(b)(3)(B));

23   WHEREAS, the United States Court of Appeals for the Ninth Circuit has ruled

24   that the PSLRA stay of discovery during the pendency of a motion to dismiss includes a stay of

25   initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure (*see*

26   *Medhekar* v. *U.S. Dist. Court for the N. Dist. of Calif.*, 99 F.3d 325 (9th Cir. 1996));

27

28

1   WHEREAS, to avoid unnecessary expenditure of judicial resources and effort by

2   the parties and the Court, counsel for Plaintiff and MagnaChip have agreed (1) that Defendants

3   do not need to respond to the Complaint, or to any other related class action complaint that may

4   be filed in or transferred to this Court ("Related Action") prior to the Court's appointment of lead

5   plaintiff and (2) to continue the Initial Case Management Conference until after a lead plaintiff

6   has been appointed to represent the alleged class; and

7   WHEREAS the parties wish to move the hearing on the lead plaintiff motion to a

8   more convenient date;

9   NOW, THEREFORE, it is hereby stipulated and agreed by the undersigned

10  counsel for Plaintiff and counsel for MagnaChip as follows:

11      1.   Defendants are not required to answer or otherwise respond to the Complaint or to

12  any Related Action by June 3, 2014, or at any time prior to the Court's appointment of a lead

13  plaintiff.

14      2.   The hearing on the motion to appoint lead plaintiff and approval of lead counsel

15  previously scheduled for July 3, 2014 shall be continued to July 10, 2014, at 2:00 PM in

16  Courtroom 9, 19th Floor, San Francisco.

17      3.   Within ten (10) days after the entry an order appointing lead plaintiff(s) and lead

18  counsel in the above-captioned action (or a consolidated action encompassing the above-

19  captioned action) pursuant to the PSLRA, the lead plaintiff(s) and Defendants shall confer and

20  propose to the Court dates by which lead plaintiff(s) shall either:  (a) serve and file an amended

21  or consolidated class action complaint that shall serve as the operative complaint in the action

22  and shall supersede any other complaints filed in and/or transferred to this Court, or (b) notify

23  counsel for Defendants that the original complaint filed in this action shall be the operative

24  complaint in the action.

25      4.   If lead plaintiff(s) serves and files an amended or consolidated complaint,

26  Defendants shall have sixty (60) days following service to move or answer in response to that

27  complaint.  If lead plaintiff(s) notifies Defendants that the original complaint shall serve as the

28

1   operative complaint, any Defendant that has been served with the complaint shall move or

2   answer in response to the complaint no later than sixty (60) days after lead plaintiff(s) provides

3   such notice.  If any Defendant files a motion to dismiss the complaint, lead plaintiff(s) shall have

4   sixty (60) days to respond to the motion, and Defendants shall have thirty (30) days to file their

5   reply brief(s).

6         5.     The Initial Case Management Conference, currently scheduled for June 11, 2014,

7   is hereby adjourned to such other date and time as this Court shall order.

8         6.     The May 21, 2014 deadline for the parties to meet and confer regarding initial

9   disclosures and other issues and the June 4, 2014 deadline for the parties to complete initial

10   disclosures or state objections in a Rule 26(f) report and to file a Case Management Statement

11   and Rule 26(f) report are hereby adjourned to such other date and time as this Court shall order.

12         7.     MagnaChip's agreement to this Stipulation is without prejudice to and without

13   waiver of any of its defenses, objections, or arguments in this matter or any other matter.

14         8.     No previous request for extension of time has been made in this action.

15

16   Dated:  May 21, 2014                   Respectfully submitted,

17                                 JONES DAY

18                                 555 California Street, 26th Floor
                                San Francisco, CA 94104

19                                 Telephone:  (415) 875-5892
                                Fax:  (415) 875-5700

20                                   By:      /s/ John C. Tang

21                                        John C. Tang
                                     jctang@jonesday.com

22

23                                    – and –

24                                   PAUL, WEISS, RIFKIND,
                                    WHARTON & GARRISON LLP

25                                   Daniel J. Kramer[*]
                                Robert N. Kravitz[*]

26                                   1285 Avenue of the Americas
                                New York, NY 10019-6064

27                                   Telephone:  (212) 373-3000
                                Fax:  (212) 757-3990

28

dkramer@paulweiss.com
rkravitz@paulweiss.com
– and –
Alex Young K Oh*
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Fax: (202) 223-7420
aoh@paulweiss.com

(*Pro Hac Vice applications forthcoming)

*Attorneys for Defendant MagnaChip
Semiconductor Corp.*

I, John C. Tang, am the ECF User whose ID and password are being used to file this

*STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO*

*RESPOND TO CLASS ACTION COMPLAINT AND CONTINUING CASE MANAGEMENT*

*CONFERENCE AND HEARING TO APPROVE LEAD PLAINTIFF. In compliance with Civil*

*L.R. 5-1(i)(3), I hereby attest that the signatory below has concurred in this filing.*

Dated:  May 21, 2014

POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
Fax:  (212) 661-8665

By:  _____/s/ Jeremy A. Lieberman_____
     Jeremy A. Lieberman
     Lesley F. Portnoy
     jalieberman@pomlaw.com

– and –

GLANCY BINKOW & GOLDBERG LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:  (310) 201-9150
Fax:  (310) 201-91600
Lionel Z. Glancy
lglancy@glancylaw.com

STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO CLASS ACTION COMPLAINT
AND CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO APPROVE LEAD PLAINTIFF

MagnaChip Semiconductor Corp.
3:14-cv-01160-JST

1

Michael Goldberg
mmgoldberg@glancylaw.com
rprongay@glancylaw.com

2

3

*Attorneys for Plaintiff*
*Richard Hayes*

4

5

6

7

8

**IT IS SO ORDERED.**

9

10

11

Dated:  May 23, 2014

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO CLASS ACTION COMPLAINT
AND CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO APPROVE LEAD PLAINTIFF
- 6 -

MagnaChip Semiconductor Corp.
3:14-cv-01160-JST