1  JONES DAY
   555 California Street, 26th Floor
2  San Francisco, CA 94104
3  John C. Tang (SBN 212371)
   jctang@jonesday.com
4  Telephone:  (415) 875-5892
   Fax:  (415) 875-5700
5
6  PAUL, WEISS, RIFKIND,
     WHARTON & GARRISON LLP
7  Daniel J. Kramer
   Robert N. Kravitz
8  1285 Avenue of the Americas
   New York, NY 10019
9  Telephone:  (212) 373-3000
   Fax:  (212) 757-3990
10    – and –
11 Alex Young K. Oh
   2001 K Street, NW
12 Washington, DC 20006
   Telephone: (202) 223-7300
13 Fax: (202) 223-7420

14 *Attorneys for Defendant*
     *MagnaChip Semiconductor Corp.*
15

16
                    **UNITED STATES DISTRICT COURT**
17
                    **NORTHERN DISTRICT OF CALIFORNIA**
18

19

20 | RICHARD HAYES, Individually and on Behalf of All Other Persons Similarly Situated, | CASE NO. 3:14-cv-01160-JST |
   |---|---|
21 | Plaintiff, | |
22 | v. | **STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR AMENDED COMPLAINT** |
23 | MAGNACHIP SEMICONDUCTOR CORP., SANG PARK, TAE YOUNG HWANG, and MARGARET SAKAI, | |
24 | | |
25 | | |
26 | Defendants. | |
27
28

STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR AMENDED COMPLAINT
*Hayes v. MagnaChip Semiconductor Corp., et al.*
3:14-cv-01160-JST

WHEREAS, by Order dated May 23, 2014 (Dkt. 18), the Court ordered that "[w]ithin ten (10) days after the entry [of] an order appointing lead plaintiff(s) and lead counsel in the above-captioned action (or a consolidated action encompassing the above-captioned action) pursuant to the PSLRA, the lead plaintiff(s) and Defendants shall confer and propose to the Court dates by which lead plaintiff(s) shall either: (a) serve and file an amended or consolidated class action complaint that shall serve as the operative complaint in the action and shall supersede any other complaints filed in and/or transferred to this Court, or (b) notify counsel for Defendants that the original complaint filed in this action shall be the operative complaint in the action." (May 23, 2014 Order at 3:17-24.);

WHEREAS, by Order dated July 3, 2014 (Dkt. 32), the Court appointed Lead Plaintiff Keith Thomas, as well as Lead Counsel and Liaison Counsel in this action;

WHEREAS, Lead Counsel and counsel for Defendant MagnaChip Semiconductor Corp. ("MagnaChip") have conferred regarding the date by which Lead Plaintiff shall either serve and file an amended complaint, or notify MagnaChip that the original complaint shall be the operative complaint in this action;

NOW, THEREFORE, it is hereby stipulated and agreed by and among the undersigned counsel for Lead Plaintiff and counsel for MagnaChip as follows:

1. On or before September 30, 2014, Lead Plaintiff shall either serve and file an amended complaint, or notify MagnaChip that the original complaint shall be the operative complaint in this action.

Dated: July 14, 2014

        JONES DAY
        555 California Street, 26th Floor
        San Francisco, CA 94104
        Telephone: (415) 875-5892
        Fax: (415) 875-5700

        By:   */s/ John C. Tang*
                John C. Tang
                jctang@jonesday.com

        – and –

PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
Daniel J. Kramer[*]
Robert N. Kravitz[*]
1285 Avenue of the Americas
New York, NY 10019
Telephone:  (212) 373-3000
Fax:  (212) 757-3990
dkramer@paulweiss.com
rkravitz@paulweiss.com
      – and –
Alex Young K Oh*
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Fax: (202) 223-7420
aoh@paulweiss.com
*Admitted pro hac vice*

*Attorneys for Defendant MagnaChip Semiconductor Corp.*

I, John C. Tang, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR AMENDED COMPLAINT.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that the signatory below has concurred in this filing.

Dated:  July 14, 2014

POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone:  (212) 661-1100
Fax:  (212) 661-8665

By:      */s/ Jeremy A. Lieberman*
       Jeremy A. Lieberman*
       Francis P. McConville*
       Michael J. Wernke*
       jalieberman@pomlaw.com
       *Admitted pro hac vice*

*Lead Counsel for Lead Plaintiff Keith Thomas*

– and –

GLANCY BINKOW & GOLDBERG LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Fax: (310) 201-91600
Lionel Z. Glancy (SBN 134180)
lglancy@glancylaw.com
Michael Goldberg (SBN 188669)
mmgoldberg@glancylaw.com
Robert V. Prongay (SBN 270796)
rprongay@glancylaw.com

*Liaison Counsel for Lead Plaintiff Keith Thomas*

**IT IS SO ORDERED.**

Dated: July 16, 2014

IT IS SO ORDERED
Judge Jon S. Tigar

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA