1  **JONES DAY**
2  John C. Tang (SBN 212371)
   Kelsey Israel-Trummel (SBN 282272)
3  555 California Street, 26th Floor
   San Francisco, CA 94104
4  Telephone: (415) 626-3939
   Fax: (415) 875-5700
5

6  *Attorneys for Defendant*
   *MagnaChip Semiconductor Corp.*
7
   **PAUL, WEISS, RIFKIND,**
8    **WHARTON & GARRISON LLP**
   Daniel J. Kramer[*]
9  Jacqueline P. Rubin[*]
   1285 Avenue of the Americas
10 New York, NY 10019
   Telephone: (212) 373-3000
11 Fax: (212) 757-3990
12   - and -
   Alex Young K. Oh[*]
13 2001 K Street, NW
   Washington, DC 20006-1047
14 Telephone: (202) 223-7300
   Fax: (202) 223-7420
15

16 *Attorneys for Defendants*
   *MagnaChip Semiconductor Corp.,*
17 *R. Douglas Norby, Ilbok Lee, and*
   *Nader Tavakoli*
18

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| 20  KEITH THOMAS and RICHARD HAYES, | CASE NO.: 3:14-cv-01160-JST |
| 21      Plaintiffs, | STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO CORRECTED AMENDED CLASS ACTION COMPLAINT |
| 22      v. | |
| 23  MAGNACHIP SEMICONDUCTOR CORP., SANG PARK, TAE YOUNG HWANG, MARGARET SAKAI, R. DOUGLAS NORBY, ILBOK LEE, NADER TAVAKOLI, RANDAL KLEIN, MICHAEL ELKINS, and AVENUE CAPITAL MANAGEMENT II, L.P., | |
| 27      Defendants. | |

28

STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO
CORRECTED AMENDED CLASS ACTION COMPLAINT

MagnaChip Semiconductor Corp.
3:14-cv-01160-JST

WHEREAS, plaintiff Richard Hayes filed a purported class action Complaint for Violations of the Federal Securities Laws (the "Complaint") against defendants MagnaChip Semiconductor Corp. ("MagnaChip"), Sang Park, Margaret Sakai, and Tae Young Hwang in the above-captioned action on March 12, 2014;

WHEREAS, pursuant to the Stipulation and Order Regarding Deadline for Amended Complaint so ordered on July 16, 2014, plaintiffs Keith Thomas and Richard Hayes ("Plaintiffs") filed a purported class action Amended Complaint for Violations of the Federal Securities Laws against defendants MagnaChip, Sang Park, Margaret Sakai, Tae Young Hwang, Avenue Capital Management II, L.P., R. Douglas Norby, Ilbok Lee, Nader Tavakoli, Randal Klein, and Michael Elkins (collectively, "Defendants") in the above-captioned matter on September 30, 2014;

WHEREAS, Plaintiffs filed a purported class action Corrected Amended Complaint for Violations of the Federal Securities Laws (the "Corrected Amended Complaint") against Defendants on October 1, 2014.

WHEREAS, pursuant to the Stipulation and Order Extending Defendants' Time to Respond to Class Action Complaint and Continuing Case Management Conference and Hearing on Motion to Approve Lead Plaintiff so ordered on May 23, 2014, the parties agreed that defendants named in the Complaint shall have sixty (60) days following service to move or answer in response to the Corrected Amended Complaint;

WHEREAS, pursuant to the Stipulation and Order Extending Defendants' Time to Respond to Corrected Class Action Complaint so ordered on October 22, 2014, the parties agreed (i) to extend Defendants' time to answer or otherwise respond to the Corrected Amended Complaint to December 29, 2014 and (ii) to permit Plaintiffs an opportunity to further amend their complaint if MagnaChip restates its financial statements on or before December 29, 2014;

WHEREAS, in a Form 12b-25 filed with the U.S. Securities and Exchange Commission on November 12, 2014, MagnaChip stated that, "[s]ubject to management's completion of the restated financial statements and related disclosures for the restatement periods

as well as the reviews and audit to be conducted by Samil PwC, the Company currently anticipates filing its 2013 Form 10-K by January 30, 2015";

WHEREAS, the undersigned counsel reasonably expect that Plaintiffs will seek to file a further amended complaint following such restatement;

WHEREAS, to avoid unnecessary expenditure of judicial resources and effort by the parties and the Court, the undersigned counsel have agreed:  (i) to extend Defendants' time to answer or otherwise respond to the Corrected Amended Complaint to February 27, 2015 and (ii) to afford Plaintiffs an opportunity to further amend their complaint if MagnaChip restates its financial statements before February 27, 2015;

WHEREAS, the parties have previously requested three extensions of time;

NOW, THEREFORE, it is hereby stipulated and agreed by the undersigned counsel as follows:

1. Defendants' time to answer or otherwise respond to the Corrected Amended Complaint is extended until February 27, 2015.  If any Defendant files a motion to dismiss the Corrected Amended Complaint, Plaintiffs shall have sixty (60) days to respond to the motion(s), and Defendants shall have thirty (30) days to file their reply brief(s).

2. If MagnaChip restates its financial statements on or before February 27, 2015, however, Defendants will not be required to answer or otherwise respond to the Corrected Amended Complaint by February 27, 2015.  Under such circumstances, Plaintiffs shall have thirty (30) days from the date on which the restatement is filed with the U.S. Securities and Exchange Commission to file and serve a further amended complaint.  If Plaintiffs file and serve a further amended complaint following a restatement by MagnaChip: (i) Defendants shall have sixty (60) days following service to move or answer in response to that amended complaint; and (ii) if any Defendant files a motion to dismiss that amended complaint, Plaintiffs shall have sixty (60) days to respond to the motion(s), and Defendants shall have thirty (30) days to file their reply brief(s).  If Plaintiffs do not file and serve a further amended complaint following a restatement by MagnaChip:  (i) Defendants shall have sixty (60) days following Plaintiffs'

1 deadline for filing the further amended complaint to answer or otherwise respond to the
2 Corrected Amended Complaint; and (ii) if any Defendant files a motion to dismiss the Corrected
3 Amended Complaint, Plaintiffs shall have sixty (60) days to respond to the motion(s), and
4 Defendants shall have thirty (30) days to file their reply brief(s).

5      3.     Agreement to this Stipulation by the undersigned defendants' counsel is without
6 prejudice to and without waiver of any of those defendants' defenses, objections, or arguments in
7 this matter or any other matter.

Dated: November 25, 2014

    PAUL, WEISS, RIFKIND,
      WHARTON & GARRISON LLP

By: /s/ Jacqueline P. Rubin
Daniel J. Kramer[*]
Jacqueline P. Rubin*
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Fax: (212) 757-3990
dkramer@paulweiss.com
jrubin@paulweiss.com
    - and -
Alex Young K. Oh[*]
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Fax: (202) 223-7420
aoh@paulweiss.com
[*]*Admitted pro hac vice*

*Attorneys for Defendants MagnaChip Semiconductor Corp., R. Douglas Norby, Ilbok Lee, and Nader Tavakoli*

STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO
CORRECTED AMENDED CLASS ACTION COMPLAINT
- 4 -
MagnaChip Semiconductor Corp.
3:14-cv-01160-JST

- and -

JONES DAY
John C. Tang
Kelsey Israel-Trummel
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Fax: (415) 875-5700
jctang@jonesday.com
kitrummel@jonesday.com

*Attorneys for Defendant*
*MagnaChip Semiconductor Corp.*

*I, Jacqueline P. Rubin, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO CORRECTED AMENDED CLASS ACTION COMPLAINT. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that the signatories below have concurred in this filing.*

Dated:  November 25, 2014

                                  AKIN GUMP STRAUSS HAUER &
                                      FELD LLP
                                  One Bryant Park
                                  Bank of America Tower
                                  New York, NY 10036
                                  Telephone:  (212) 872-1000
                                  Fax:  (212) 872-1002

                                  By: /s/ Christopher M. Egleson_____
                                        Michael A Asaro[*]
                                        Christopher M. Egleson
                                        Steven F. Reich[*]
                                        masaro@akingump.com
                                        cegleson@akingump.com
                                        sreich@akingump.com
                                        [*]*Admitted pro hac vice*

                                  *Attorneys for Defendants Avenue*
                                  *Capital Management II, Randal Klein,*
                                  *and Michael Elkins*

                                  POMERANTZ LLP
                                  600 Third Avenue, 20th Floor
                                  New York, NY 10016
                                  Telephone:  (212) 661-1100
                                  Fax:  (212) 661-8665

                                  By:   /s/ Marc I. Gross_____
                                        Marc I. Gross
                                        Jeremy A. Lieberman
                                        Michael Wernke
                                        migross@pomlaw.com
                                        jalieberman@pomlaw.com
                                        mjwernke@pomlaw.com

                                              - and -

STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO
CORRECTED AMENDED CLASS ACTION COMPLAINT

|   |   |
|---|---|
| 1 | GLANCY BINKOW & GOLDBERG LLP |
| 2 | 1925 Century Park East, Suite 2100 |
|   | Los Angeles, CA 90067 |
| 3 | Telephone: (310) 201-9150 |
|   | Fax: (310) 201-9160 |
| 4 | Lionel Z. Glancy |
|   | Michael Goldberg |
| 5 | Robert V. Prongay |
| 6 | lglancy@glancylaw.com |
|   | mmgoldberg@glancylaw.com |
| 7 | rprongay@glancylaw.com |

- and -

THE ROSEN LAW FIRM, P.A.
Laurence Rosen
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Fax: (213) 226-4684
lrosen@rosenlegal.com
- and -
Phillip Kim
275 Madison Ave., 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
pkim@rosenlegal.com

*Attorneys for Plaintiffs*
*Keith Thomas and Richard Hayes*

**IT IS SO ORDERED.**

Dated: November 26, 2014

IT IS SO ORDERED
Judge Jon S. Tigar

STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO
CORRECTED AMENDED CLASS ACTION COMPLAINT