UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH THOMAS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MAGNACHIP SEMICONDUCTOR CORP., et al.,<br><br>Defendants. | Case No. 14-cv-01160-JST<br><br>**ORDER ADVISING PARTIES OF COURT'S TENTATIVE ORDER**<br><br>Re: ECF No. 78 |

The Court has prepared a tentative order in response to Lead Plaintiff Keith Thomas's Motion to Coordinate and Partially Consolidate a Related Action, noticed for hearing on June 11, 2015. The tentative order is attached as Exhibit A. The tentative order has been issued solely to prepare counsel for oral argument. ***The tentative order does not constitute an opinion of the Court and should not be published or cited for any purpose.***

Dated: June 10, 2015

JON S. TIGAR
United States District Judge