# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Keith Thomas et al.,                                )
                                                    )   Case No: 3:14-cv-001160 -JST
                         Plaintiff(s),              )
                                                    )   **APPLICATION FOR**
          v.                                        )   **ADMISSION OF ATTORNEY**
                                                    )   **PRO HAC VICE**
Magnachip Semiconductor Corp. et al.,               )   (CIVIL LOCAL RULE 11-3)
                                                    )
                         Defendant(s).              )
                                                    )

I, Jason C. Hegt _____, an active member in good standing of the bar of
the State of New York _____, hereby respectfully apply for admission to practice *pro hac vice* in the
Northern District of California representing: See Attached Exhibit A _____ in the
above-entitled action. My local co-counsel in this case is Patrick E. Gibbs _____, an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 885 Third Avenue New York, NY  10022 | 140 Scott Drive Menlo Park, CA  94025 |
| MY TELEPHONE # OF RECORD: (212) 906-1200 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (650) 328-4600 |
| MY EMAIL ADDRESS OF RECORD: Jason. Hegt@lw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: Patrick.Gibbs@lw.com |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 4781191 .

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: June 29, 2015

                                            Jason C. Hegt
                                        _____
                                              APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jason C. Hegt _____ is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated:  June 30, 2015

                                        _____
                                         Hon. Jon S. Tigar

                                         United States District Court Judge

*PRO HAC VICE* APPLICATION & ORDER

# <u>EXHIBIT A</u>

Barclays Capital Inc.

Citigroup Global Markets Inc.

Deutsche Bank Securities Inc.

Needham & Company, LLC

UBS Securities LLC