**JONES DAY**
John C. Tang (SBN 212371)
Kelsey Israel-Trummel (SBN 282272)
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Fax: (415) 875-5700
jctang@jonesday.com
kitrummel@jonesday.com

*Attorneys for Defendant*
*MagnaChip Semiconductor Corp.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH THOMAS, RICHARD HAYES, HERB SMITH, and OKLAHOMA POLICE PENSION & RETIREMENT SYSTEM,<br><br>Plaintiffs,<br><br>v.<br><br>MAGNACHIP SEMICONDUCTOR CORP., SANG PARK, TAE YOUNG HWANG, MARGARET SAKAI, R. DOUGLAS NORBY, ILBOK LEE, NADER TAVAKOLI, RANDAL KLEIN, MICHAEL ELKINS, AVENUE CAPITAL MANAGEMENT II, L.P., BARCLAYS CAPITAL INC., DEUTSCHE BANK SECURITIES INC., CITIGROUP GLOBAL MARKETS INC., UBS SECURITIES LLC, and NEEDHAM & COMPANY, LLC,<br><br>Defendants. | CASE NO.: 3:14-CV-01160-JST<br><br>DECLARATION OF MEREDITH A. ARFA IN SUPPORT OF DEFENDANTS MAGNACHIP SEMICONDUCTOR CORP., R. DOUGLAS NORBY, AND ILBOK LEE'S MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT<br><br><u>CLASS ACTION</u> |

DECLARATION OF MEREDITH A. ARFA IN SUPPORT OF MAGNACHIP, R. DOUGLAS NORBY, AND ILBOK LEE'S MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT

I, Meredith A. Arfa, hereby declare:

1. I am an attorney duly admitted to practice before this Court *pro hac vice* and in good standing with the Bar of the State of New York. I am associated with the firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, attorneys for defendants MagnaChip Semiconductor Corporation, R. Douglas Norby, and Ilbok Lee in *Thomas* v. *MagnaChip Semiconductor Corp.*, No. 3:14-CV-01160-JST.

2. I am personally familiar with the facts set forth in this declaration. If called as a witness, I could and would competently testify to the matters stated herein.

3. Attached hereto as Exhibit A is a true and correct copy of MagnaChip's Form 12b-25, filed with the U.S. Securities and Exchange Commission ("SEC") on November 12, 2014.

4. Attached hereto as Exhibit B is a true and correct copy of MagnaChip's Form 4, filed with the SEC on May 15, 2012.

5. Attached hereto as Exhibit C is a true and correct copy of a Bloomberg Finance LP historical price table reflecting MagnaChip's publicly available stock prices from February 1, 2012 to February 12, 2015.

6. Attached hereto as Exhibit D is a true and correct copy of MagnaChip's Form 10-K for the year ended December 31, 2013, filed with the SEC on February 12, 2015.

7. Attached hereto as Exhibit E is a true and correct copy of MagnaChip's Amendment No. 10 to Form S-1 Registration Statement, filed with the SEC on March 10, 2011.

8. Attached hereto as Exhibit F is a true and correct copy of MagnaChip's Form 8-K and exhibit 99.1 attached thereto, filed with the SEC on March 11, 2014.

9. Attached hereto as Exhibit G is a true and correct copy of the transcript from the June 11, 2015 hearing to consolidate *Thomas* v. *MagnaChip Semiconductor Corp.*, No. 3:14-CV-01160-JST and *Oklahoma Police Pension & Retirement System* v. *MagnaChip Semiconductor Corp.*, No. 3:15-CV-01797-JST.

10. Attached hereto as Exhibit H is a true and correct copy of MagnaChip's Prospectus Supplement to its April 26, 2012 Prospectus, filed with the SEC on February 6, 2013.

11.     Attached hereto as Exhibit I is a true and correct copy of the class action complaint in *Oklahoma Police Pension & Retirement System* v. *MagnaChip Semiconductor Corp.,* No. 3:15-CV-01797-JST (Dkt. No. 1), filed on April 21, 2015.

12.     Attached hereto as Exhibit J is a true and correct copy of the press release issued by the Law Offices of Howard G. Smith on March 11, 2014.

13.     Attached hereto as Exhibit K is a true and correct copy of the press release issued by Wites & Kapetan, P.A. on March 11, 2014.

14.     Attached hereto as Exhibit L is a true and correct copy of the press release issued by Block & Leviton LLP on March 12, 2014.

15.     Attached hereto as Exhibit M is a true and correct copy of the press release issued by Girard Gibbs LLP on March 12, 2014.

16.     Attached hereto as Exhibit N is a true and correct copy of the press release issued by Harwood Feffer LLP on March 12, 2014.

17.     Attached hereto as Exhibit O is a true and correct copy of the press release issued by Johnson & Weaver, LLP on March 12, 2014.

18.     Attached hereto as Exhibit P is a true and correct copy of the press release issued by Kahn Swick & Foti, LLC on March 12, 2014.

19.     Attached hereto as Exhibit Q is a true and correct copy of the press release issued by Levi & Korsinsky, LLP on March 12, 2014.

20.     Attached hereto as Exhibit R is a true and correct copy of the press release issued by Holzer & Holzer, LLC on March 12, 2014.

21.     Attached hereto as Exhibit S is a true and correct copy of the press release issued by Newman Ferrara LLP on March 13, 2014.

22.     Attached hereto as Exhibit T is a true and correct copy of the press release issued by Gainey McKenna & Egleston on March 14, 2014.

23.     Attached hereto as Exhibit U is a true and correct copy of the press release issued by Ryan & Maniskas, LLP on March 14, 2014.

24.     Attached hereto as Exhibit V is a true and correct copy of the press release issued by The Rosen Law Firm, P.A. on March 15, 2014.

25.     Attached hereto as Exhibit W is a true and correct copy of the press release issued by Rigrodsky & Long, P.A. on March 17, 2014.

26.     Attached hereto as Exhibit X is a true and correct copy of the press release issued by Lieff Cabraser Heimann & Bernstein, LLP on March 20, 2014.

27.     Attached hereto as Exhibit Y is a true and correct copy of the press release issued by Wolf Haldenstein Adler Freeman & Herz LLP on March 20, 2014.

28.     Attached hereto as Exhibit Z is a true and correct copy of the press release issued by Brower Piven on March 28, 2014.

29.     Attached hereto as Exhibit AA is a true and correct copy of the press release issued by Morgan & Morgan on April 2, 2014.

30.     Attached hereto as Exhibit BB is a true and correct copy of the press release issued by Hagens Berman Sobol Shapiro LLP on April 11, 2014.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 27, 2015, at New York, New York.

By: *Meredith A. Arfa* (signature)
Meredith A. Arfa