**POMERANTZ LLP**
Marc I. Gross
Jeremy A. Lieberman
Michael J. Wernke
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile:  (212) 661-8665
Email: migross@pomlaw.com
          jalieberman@pomlaw.com
          mjwernke@pomlaw.com

*Lead Counsel for Plaintiffs*

**GLANCY PRONGAY & MURRAY  LLP**
Lionel Z. Glancy (CSB# 134180)
Robert V. Prongay (CSB# 270796)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
E-mail: info@glancylaw.com
          lglancy@glancylaw.com
          rprongay@glancylaw.com

*Liaison Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH THOMAS, RICHARD HAYES, HERB SMITH, and OKLAHOMA POLICE PENSION & RETIREMENT SYSTEM,<br><br>                    Plaintiffs,<br><br>          v.<br><br>MAGNACHIP SEMICONDUCTOR CORP. SANG PARK, TAE YOUNG HWANG, MARGARET SAKAI, R. DOUGLAS NORBY, ILBOK LEE, NADER TAVAKOLI, RANDAL KLEIN, MICHAEL ELKINS, AVENUE CAPITAL MANAGEMENT II, L.P., BARCLAYS CAPITAL INC., DEUTSCHE BANK SECURITIES INC., CITIGROUP GLOBAL MARKETS INC., UBS SECURITIES LLC and NEEDHAM & COMPANY, LLC,<br><br>                    Defendants. | CASE NO.: 3:14-cv-01160-JST<br><br>STIPULATION AND [PROPOSED] ORDER AMENDING PLAINTIFFS' PAGE LIMIT FOR THEIR OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS THE THIRD AMENDED COMPLAINT |

STIPULATION AND [PROPOSED] ORDER AMENDING PLAINTIFFS' PAGE LIMIT FOR THEIR OPPOSITION TO
DEFENDANTS' MOTIONS TO DISMISS THE THIRD AMENDED COMPLAINT

3:14-cv-01160-JST

1  WHEREAS, pursuant to the Court's May 7, 2015 Order Granting Defendants' Motion for Order Enlarging Time (the "May 7 Order") and the Court's June 15, 2015 Order Re Motion to Coordinate and Partially Consolidate a Related Action, Lead Plaintiff Keith Thomas and plaintiffs Richard Hayes, Herb Smith, and Oklahoma Police Pension & Retirement System ("Plaintiffs") filed the Third Amended Complaint for Violations of the Federal Securities Laws on June 26, 2015;

WHEREAS, pursuant to the May 7 Order, Defendants filed the following four motions to dismiss on July 27, 2015:

- Defendants MagnaChip Semiconductor Corp., R. Douglas Norby, and Ilbok Lee's Motion to Dismiss Plaintiffs' Third Amended Complaint and Memorandum of Points and Authorities in Support Thereof;

- Defendants Michael Elkins, Randal Klein, and Avenue Capital Management II. L.P.'s Motion to Dismiss Plaintiffs' Third Amended Complaint and Memorandum of Points and Authorities in Support Thereof;

- Defendant Nader Tavakoli's Motion to Dismiss Plaintiffs' Third Amended Complaint and Memorandum of Points and Authorities in Support Thereof; and

- Underwriter Defendants' Motion to Dismiss the Third Amended Complaint and Memorandum of Points and Authorities in Support Thereof

WHEREAS, pursuant to the Court's May 7 Order, Plaintiffs' opposition briefs must be filed by September 25, 2015;

WHEREAS, pursuant to Local Civil Rule 7-3(a), Plaintiffs are permitted to file an opposition brief of 25 pages to each of Defendants' four motions for a total of 100 pages;

NOW, THEREFORE, it is hereby stipulated and agreed by the undersigned counsel as follows:

1.   In lieu of filing four opposition briefs, Plaintiffs may file two briefs not to exceed a total of seventy (70) pages.

Dated:  September 21, 2015

**POMERANTZ LLP**

*/s/ Michael J. Wernke*
Marc I. Gross
Jeremy A. Lieberman
Michael J. Wernke
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:     (212) 661-1100
Facsimile:      (212) 661-8665
Email: migross@pomlaw.com
           jalieberman@pomlaw.com
           mjwernke@pomlaw.com

*Lead Counsel for Plaintiffs*

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (CSB# 219683)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone:  (212) 686-1060
Fax:            (212) 202-3827
Email:  lrosen@rosenlegal.com

*Counsel for Plaintiffs*

**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy (CSB# 134180)
Robert V. Prongay (CSB# 270796)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:  (310) 201-9150
Facsimile:   (310) 201-9160
Email: info@glancylaw.com

*Liaison Counsel for Plaintiffs*

**ROBBINS GELLER RUDMAN & DOWD LLP**
Dennis J. Herman (CSB# 220163)

Sunny S. Sarkis (CSB# 258073)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  (415) 288-4545
Facsimile: (415)288-4534
dennish@rgrdlaw.com
ssarkis@rgrdlaw.com

*Counsel for Plaintiff Oklahoma Police Pension & Retirement System*

*I, Michael J. Wernke, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER AMENDING PLAINTIFFS' PAGE LIMIT FOR THEIR OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that the signatories below have concurred in this filing.*

DATED: September 21, 2015

          **POMERANTZ LLP**

          */s/ Michael J. Wernke*
          Marc I. Gross
          Jeremy A. Lieberman
          Michael J. Wernke
          600 Third Avenue, 20th Floor
          New York, New York 10016
          Telephone: (212) 661-1100
          Facsimile: (212) 661-8665
          Email: migross@pomlaw.com
          jalieberman@pomlaw.com
          mjwernke@pomlaw.com
          *Lead Counsel for Plaintiffs*

          **PAUL WEISS, RIFKIND,
WHARTON & GARRISON LLP**

          By: */s/ Daniel J. Kramer*
          Daniel J. Kramer*
          Jacqueline P. Rubin*
          Meredith A. Arfa*
          1285 Avenue of the Americas
          New York, NY 10019
          Telephone: (212) 373-3000
          Fax: (212) 757-3990
          dkramer@paulweiss.com
          jrubin@paulweiss.com
          marfa@paulweiss.com
               - and -
          Alex Young K. Oh*
          2001 K Street, NW
          Washington, DC 20006-1047
          Telephone: (202) 223-7300
          Fax: (202) 223-7420
          aoh@paulweiss.com
          **Admitted pro hac vice*

|   |   |
|---|---|
| 1 | *Attorneys for Defendants MagnaChip Semiconductor Corp., R. Douglas Norby, and Ilbok Lee* |
| 2 | |
| 3 | |
| 4 | - and – |
| 5 | JONES DAY<br>John C. Tang |
| 6 | Kelsey Israel-Trummel<br>555 California Street, 26th Floor |
| 7 | San Francisco, CA 94104<br>Telephone: (415) 626-3939 |
| 8 | Fax: (415) 875-5700<br>jctang@jonesday.com |
| 9 | kitrummel@jonesday.com<br>*Attorneys for Defendant* |
| 10 | *MagnaChip Semiconductor Corp.* |
| 11 | |
| 12 | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| 13 | By: */s/ Michael A. Asaro*<br>Michael A. Asaro* |
| 14 | Douglass B. Maynard*<br>Stephen M. Baldini* |
| 15 | John C. Murphy*<br>Sydney Spector* |
| 16 | One Bryant Park |
| 17 | Bank of America Tower<br>New York, NY 10036 |
| 18 | Telephone: (212) 872-1000<br>Fax: (212) 872-1002 |
| 19 | masaro@akingump.com<br>dmaynard@akingump.com |
| 20 | sbaldini@akingump.com |
| 21 | jmurphy@akingump.com<br>sspector@akingump.com |
| 22 | *Admitted pro hac vice* |
| 23 | -and-<br>Reginald Steer |
| 24 | Eric Ruehe<br>580 California Street, Suite 1500 |
| 25 | San Francisco, CA 94104<br>Telephone: 415-765-9500 |
| 26 | Fax: 415-765-9501 |
| 27 | rsteer@akingump.com<br>eruehe@akingump.com |
| 28 | *Attorneys for Defendants Michael Elkins,* |

STIPULATION AND [PROPOSED] ORDER AMENDING PLAINTIFFS' PAGE LIMIT FOR THEIR OPPOSITION TO
DEFENDANTS' MOTIONS TO DISMISS THE THIRD AMENDED COMPLAINT

- 6 -

*Randal Klein and Avenue Capital Management II, L.P.*

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
By: */s/ Daniel J. Fetterman*
Daniel J. Fetterman*
Trevor J. Welch*
Jason S. Takenouchi
Brian S. Choi*
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Fax: (212): 506-1800
dfetterman@kasowitz.com
*Attorneys for Defendant Nader Tavakoli*
*\*Admitted pro hac vice*

**LATHAM & WATKINS LLP**
By: */s/ Patrick E. Gibbs*
Patrick E. Gibbs
140 Scott Drive
Menlo Park, California  94025
Telephone:  +1.650.328.4600
Facsimile:  +1.650.463.2600
Patrick.Gibbs@lw.com

-and-

James E. Brandt*
Jason C. Hegt*
885 Third Avenue, Suite 1000
New York, New York 10022
Telephone:  +1.212-906-1200
Facsimile:  +1.212.751-4864
James.Brandt@lw.com
Jason.Hegt@lw.com
*Attorney for Defendants*
*Barclays Capital Inc.; Citigroup Global Markets Inc.; Deutsche Bank Securities Inc.; Needham & Company, LLC; UBS Securities LLC*
*\*Admitted pro hac vice*

STIPULATION AND [PROPOSED] ORDER AMENDING PLAINTIFFS' PAGE LIMIT FOR THEIR OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE THIRD AMENDED COMPLAINT

- 7 -

**IT IS SO ORDERED.**

Dated: September 21, 2015

_____
Honorable Jon S. Tigar
United States District Judge

STIPULATION AND [PROPOSED] ORDER AMENDING PLAINTIFFS' PAGE LIMIT FOR THEIR OPPOSITION TO
DEFENDANTS' MOTIONS TO DISMISS THE THIRD AMENDED COMPLAINT

- 8 -

3:14-cv-01160-JST