UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KEITH THOMAS, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>MAGNACHIP SEMICONDUCTOR CORP., et al.,<br><br>    Defendants. | Case No. 14-cv-01160-JST<br><br>**ORDER TO SHOW CAUSE RE: UNTIMELY FILING OF DEFENDANT'S MOTION TO DISMISS**<br><br>Re: ECF No. 155 |
|---|---|

Before the Court is Defendant Margaret Sakai's Motion to Dismiss Third Amended Complaint. ECF No. 155. The motion was filed on November 9, 2015.

In its May 5, 2015 Order Granting Defendants' Motion for Order Enlarging Time, the Court continued the deadline to respond to the operative complaint until after the Court resolved a then-pending motion to consolidate cases. ECF No. 85. The May 5 order specified that if the Court granted the motion to consolidate, the Plaintiffs would have fourteen days to file an amended or consolidated complaint, and the Defendants would then have thirty days to answer or otherwise respond. Id. at 2. The Court granted the motion to consolidate on June 15, 2015, ECF No. 112, and the Plaintiffs filed their Third Amended Complaint on June 26, 2015, ECF No. 114. Accordingly, the deadline for Defendants to file their motions to dismiss was July 27, 2015.

The Court hereby orders Ms. Sakai to show cause why her Motion to Dismiss should not be stricken due to untimely filing. Ms. Sakai shall file her response to this order within seven days of its issuance.

IT IS SO ORDERED.

Dated: November 10, 2015

                                          JON S. TIGAR<br>                                  United States District Judge