UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH THOMAS, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MAGNACHIP SEMICONDUCTOR CORP., et al.,<br><br>　　　　Defendants. | Case No.  14-cv-01160-JST<br><br>**ORDER VACATING ORDER TO SHOW CAUSE AND ADVANCING MOTION HEARING**<br><br>Re: ECF Nos. 155, 158 |

The Court has received the parties' responses to its Order to Show Cause Re: Untimely Filing of Defendant's Motion to Dismiss, dated November 10, 2015.  ECF Nos. 158, 159, 161. The Order to Show Cause is vacated.

Defendant Margaret Sakai's Motion to Dismiss is currently set for December 17, 2015. ECF No. 155.  Plaintiffs request that this hearing be advanced to December 1, 2015, to occur concurrently with the hearings currently set for the other defendants' motions to dismiss, and state that their request to advance is unopposed.  ECF No. 161 at 2.  Plaintiffs' request is granted.  The hearing on Ms. Sakai's motion to dismiss is hereby advanced to December 1, 2015, at 2:00 p.m.

IT IS SO ORDERED.

Dated:  November 18, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge