UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH THOMAS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MAGNACHIP SEMICONDUCTOR CORP., et al.,<br><br>    Defendants. | Case No.  14-cv-01160-JST<br><br>**ORDER RE: SERVICE DEADLINES**<br><br>Re: ECF No. 161 |

It has recently come to the Court's attention that certain defendants in this case have not yet been served with summons, see ECF No. 161 at 2 & n.1, although the case has now been pending for over twenty-one months.

Ordinarily, the Court would have become aware of this situation earlier. An Initial Case Management Conference was originally set for June 11, 2014, and a Joint Case Management Statement was ordered to be filed not later than June 4, 2014. ECF No. 6. The Standing Order for All Judges of the Northern District of California requires parties to include information in their Joint Case Management Statement regarding "whether any parties remain to be served, and, if any parties remain to be served, a proposed deadline for service." All Judges Standing Order at 1 (http://www.cand.uscourts.gov/filelibrary/373/All_Judges_Standing_Rev_Nov_2014.pdf). Thus, in the ordinary course the Court would have addressed this issue in June 2014.

On May 23, 2014, however, the Court granted a stipulation that, among other things, suspended the case management deadlines. ECF No. 18 at 4. It was not until recent proceedings concerning the motion to dismiss filed by defendant Margaret Sakai, see ECF Nos. 155, 158, 159, 161, that the Court became aware that certain defendants had not yet been served.

Accordingly, Plaintiffs are ordered to submit to the Court a proposed deadline for service

of the remaining defendants by November 30, 2015.

     IT IS SO ORDERED.

Dated: November 18, 2015

_____
JON S. TIGAR
United States District Judge