UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH THOMAS, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>MAGNACHIP SEMICONDUCTOR CORP., et al.,<br><br>    Defendants. | Case No. 14-cv-01160-JST<br><br>**ORDER RE: PLAINTIFFS' RESPONSE TO ORDER RE: SERVICE DEADLINES**<br><br>Re: ECF No. 166 |

On November 18, 2015, the Court issued an order requesting a response from Plaintiffs in regards to two defendants in the case who had not yet been served. ECF No. 161. Before the Court is Plaintiffs' Response, filed on November 30, 2015. ECF No. 166.

Pursuant to their proposal, Plaintiffs shall have until December 21, 2015, to file either a motion to partially lift the discovery stay or a motion for alternate service. Upon receipt of either the addresses for Defendants Park and Hwang or leave to effect service in some other way, Plaintiffs shall have sixty days to complete service.

IT IS SO ORDERED.

Dated: December 1, 2015

                                            JON S. TIGAR
                                       United States District Judge