# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

KEITH THOMAS, et al.,

    Plaintiffs,

  v.

MAGNACHIP SEMICONDUCTOR CORP., et al.,

    Defendants.

Case No. 14-cv-01160-JST

**ORDER VACATING WITHOUT PREJUDICE MOTION FOR DISCOVERY AS MOOT**

Re: ECF No. 176

    Before the Court is Plaintiffs' Motion for Discovery seeking either (1) authorization to serve Defendants Sang Park and Tae Young Hwang pursuant to Fed R. Civ. P. 4(f)(3), or (2) a partial lifting of the PSLRA discovery stay to obtain necessary information to serve them. ECF No. 176. As of January 11, 2016, this matter was fully briefed. See ECF No. 179.

    Prior to this motion, the parties filed a Notice of Settlement on December 11, 2015, which stated that an agreement has been reached with respect to all claims asserted against Defendants Park and Hwang, among other parties. ECF No. 174. At a Telephonic Case Management Conference held on January 22, 2016, the Plaintiffs, as well as the Defendants who have reached a settlement agreement, informed the Court that they believe the Motion for Discovery is moot in light of the agreement. The Motion for Discovery is therefore vacated without prejudice to the refiling of the motion at a later date, if necessary.

    IT IS SO ORDERED.

Dated: January 26, 2016

                              JON S. TIGAR
                         United States District Judge