1
2
3
4
5
6

**AKIN GUMP STRAUSS HAUER & FELD LLP**
REGINALD D. STEER (SBN 056324)
rsteer@akingump.com
ERIC RUEHE (SBN 284568)
eruehe@akingump.com
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: 415-765-9500
Fax: 415-765-9501

7
8

Attorneys for Defendant Avenue Capital
Management II, L.P.

9

[Additional Counsel on Signature Page]

10

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

11
12
13

KEITH THOMAS, RICHARD HAYES, HERB
SMITH, and OKLAHOMA POLICE PENSION &
RETIREMENT SYSTEM,

14

Plaintiffs,

15

v.

16
17
18
19
20
21
22

MAGNACHIP SEMICONDUCTOR CORP. SANG
PARK, TAE YOUNG HWANG, MARGARET
SAKAI, R. DOUGLAS NORBY, ILBOK LEE,
NADER TAVAKOLI, RANDAL KLEIN,
MICHAEL ELKINS, AVENUE CAPITAL
MANAGEMENT II, L.P., BARCLAYS CAPITAL
INC., DEUTSCHE BANK SECURITIES INC.,
CITIGROUP GLOBAL MARKETS INC., UBS
SECURITIES LLC and NEEDHAM & COMPANY,
LLC,

Defendants.

CASE NO.: 3:14-cv-01160-JST

**STIPULATION AND [PROPOSED]**
**ORDER EXTENDING DEFENDANT**
**AVENUE CAPITAL**
**MANAGEMENT II, L.P.'S TIME TO**
**ANSWER THIRD AMENDED**
**COMPLAINT**

23
24
25

  **WHEREAS**, on March 4, 2016, this Court granted in part and denied in part
Defendant Avenue Capital Management II, L.P. ("Avenue")'s motion to dismiss the Third
Amended Complaint ("TAC") filed by Plaintiffs (ECF No. 194);

26
27

  **WHEREAS,** pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Avenue's
deadline for filing its Answer to the TAC is March 21, 2016;

28

STIPULATION  AND [PROPOSED] ORDER EXTENDING  DEFENDANT AVENUE CAPITAL MANAGEMENT II, L.P.'S TIME TO
ANSWER THIRD AMENDED COMPLAINT

3:14-cv-01160-JST

1         **WHEREAS**, Avenue Capital has requested and Plaintiffs have agreed to extend,

2   by 30 days, the time within which Avenue Capital's Answer is due;

3         **WHEREAS**, such an extension of time will not alter the date of any event or any

4   deadline already fixed by Court order;

5         **WHEREAS**, time modifications have previously been granted on five prior

6   occasions in this action (ECF Nos. 18, 31, 47, 68, and 85), the first two occurring before Avenue

7   was a party to the action;

8         **WHEREAS**, this is the first time modification requested by any party since the

9   Court's order granting in part and denying in part Avenue's motion to dismiss the TAC.

10         **IT IS THEREFORE STIPULATED THAT:**

11         Avenue's deadline for filing its Answer to the TAC is hereby continued by 30

12   days to April 20, 2016.

13   Dated: March 18, 2016

14

15   POMERANTZ LLP                    AKIN GUMP STRAUSS HAUER & FELD LLP

16

17   /s/ Joshua B. Silverman              /s/ John C. Murphy

    Patrick V. Dahlstrom                  Michael A. Asaro

18   Joshua B. Silverman                   Douglass B. Maynard

    10 South LaSalle Street, Suite 3505    Stephen M. Baldini

19   Chicago, IL 60603                    John C. Murphy

    Telephone: (312) 377-1181         Sydney Spector

20   Facsimile: (312) 377-1184          One Bryant Park

    pdahlstrom@pomlaw.com        Bank of America Tower

21   jbsilverman@pomlaw.com         New York, NY 10036

22                                        Telephone: (212) 872-1000

    -and-                               Fax: (212) 872-1002

23                                          masaro@akingump.com

    POMERANTZ LLP               dmaynard@akingump.com

24   Marc I. Gross                       sbaldini@akingump.com

    Jeremy A. Lieberman               jmurphy@akingump.com

25   Michael J. Wernke                  sspector@akingump.com

    600 Third Avenue, 20th Floor

26   New York, NY 10016                 -and-

    Telephone: (212) 661-1100

27   Facsimile: (212) 661-8665         Reginald Steer

28

1   migross@pomlaw.com                              Eric Ruehe
    jalieberman@pomlaw.com                          580 California Street, Suite 1500
2   mjwernke@pomlaw.com                             San Francisco, CA 94104
                                                    Telephone: 415-765-9500
3   *Lead Counsel for the Class*                    Fax: 415-765-9501
                                                    rsteer@akingump.com
4                                                   eruehe@akingump.com

5                                                   *Attorneys for Defendant  Avenue Capital*
                                                    *Management II, L.P.*
6   GLANCY PRONGAY & MURRAY LLP
7   Lionel Z. Glancy (CSB# 134180)
    Robert V. Prongay (CSB# 270796)
8   1925 Century Park East, Suite 2100
    Los Angeles, CA 90067
9   Telephone: (310) 201-9150
    Facsimile: (310) 201-9160
10  Email: info@glancylaw.com
11
    *Liaison Counsel for the Class*
12

13  THE ROSEN LAW FIRM, P.A.
14  Laurence M. Rosen, Esq. (CSB# 219683)
    275 Madison Avenue, 34th Floor
15  New York, New York 10016
    Telephone: (212) 686-1060
16  Fax: (212) 202-3827
    Email: lrosen@rosenlegal.com
17
18  *Additional Counsel for the Class*

19

20            **CERTIFICATION OF CONCURRENCE FROM OTHER PARTIES**

21
           I, John C. Murphy, am the ECF User whose ID and password are being used to file this
22
    STIPULATION TO EXTEND DEFENDANT AVENUE CAPITAL MANAGEMENT II, L.P.'S
23
    TIME TO ANSWER THIRD AMENDED COMPLAINT PURSUANT TO LOCAL RULE 6-
24
    1(A).  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that the other signatory has
25
    concurred in this filing.
26
                                                    /s/ John C. Murphy
27                                                  John C. Murphy

28
    STIPULATION  AND [PROPOSED] ORDER EXTENDING  DEFENDANT AVENUE CAPITAL MANAGEMENT II, L.P.'S TIME TO
    ANSWER THIRD AMENDED COMPLAINT
                                              - 3 -

1   **IT IS SO ORDERED.**

2

3

4   Dated:  March 18, 2016

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



Judge Jon S. Judge

STIPULATION  AND [PROPOSED] ORDER EXTENDING  DEFENDANT AVENUE CAPITAL MANAGEMENT II, L.P.'S TIME TO
ANSWER THIRD AMENDED COMPLAINT

- 4 -

3:14-cv-01160-JST