**AKIN GUMP STRAUSS HAUER & FELD LLP**
REGINALD D. STEER (SBN 056324)
rsteer@akingump.com
ERIC RUEHE (SBN 284568)
eruehe@akingump.com
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: 415-765-9500
Fax: 415-765-9501

Attorneys for Defendant Avenue Capital Management II, L.P.

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEITH THOMAS, RICHARD HAYES, HERB SMITH, and OKLAHOMA POLICE PENSION & RETIREMENT SYSTEM,<br><br>Plaintiffs,<br><br>v.<br><br>MAGNACHIP SEMICONDUCTOR CORP. SANG PARK, TAE YOUNG HWANG, MARGARET SAKAI, R. DOUGLAS NORBY, ILBOK LEE, NADER TAVAKOLI, RANDAL KLEIN, MICHAEL ELKINS, AVENUE CAPITAL MANAGEMENT II, L.P., BARCLAYS CAPITAL INC., DEUTSCHE BANK SECURITIES INC., CITIGROUP GLOBAL MARKETS INC., UBS SECURITIES LLC and NEEDHAM & COMPANY, LLC,<br><br>Defendants. | CASE NO.: 3:14-cv-01160-JST<br><br>**STIPULATION REGARDING PROTECTIVE ORDER ON CONFIDENTIALITY** |

**WHEREAS,** on February 8, 2016, this Court entered a Stipulated Protective Order on Confidentiality ("Protective Order"), ECF No. 187, to which Lead Plaintiff and MagnaChip Semiconductor Corp. were signatories;

**WHEREAS**, Avenue Capital Management II, L.P. ("Avenue") was not a signatory to the Protective Order;

**WHEREAS**, Lead Plaintiff and Avenue agree that the terms of the Protective Order should apply to all discovery in this matter between Lead Plaintiff and Avenue;

**IT IS THEREFORE STIPULATED THAT:**

All discovery in this matter between Lead Plaintiff and Avenue shall be governed by, and conducted pursuant to, the terms of the Protective Order.

Dated: April 11, 2016

| POMERANTZ LLP | AKIN GUMP STRAUSS HAUER & FELD LLP |
|---|---|
| /s/ Joshua B. Silverman | /s/ John C. Murphy |
| Patrick V. Dahlstrom | Michael A. Asaro |
| Joshua B. Silverman | Douglass B. Maynard |
| 10 South LaSalle Street, Suite 3505 | Stephen M. Baldini |
| Chicago, IL 60603 | John C. Murphy |
| Telephone: (312) 377-1181 | Sydney Spector |
| Facsimile: (312) 377-1184 | One Bryant Park |
| pdahlstrom@pomlaw.com | Bank of America Tower |
| jbsilverman@pomlaw.com | New York, NY 10036 |
|  | Telephone: (212) 872-1000 |
| -and- | Fax: (212) 872-1002 |
|  | masaro@akingump.com |
| POMERANTZ LLP | dmaynard@akingump.com |
| Marc I. Gross | sbaldini@akingump.com |
| Jeremy A. Lieberman | jmurphy@akingump.com |
| Michael J. Wernke | sspector@akingump.com |
| 600 Third Avenue, 20th Floor |  |
| New York, NY 10016 | -and- |
| Telephone: (212) 661-1100 |  |
| Facsimile: (212) 661-8665 | Reginald Steer |
| migross@pomlaw.com | Eric Ruehe |
| jalieberman@pomlaw.com | 580 California Street, Suite 1500 |
| mjwernke@pomlaw.com | San Francisco, CA 94104 |
|  | Telephone: 415-765-9500 |
| *Lead Counsel for the Class* | Fax: 415-765-9501 |
|  | rsteer@akingump.com |
|  | eruehe@akingump.com |
|  |  |
|  | *Attorneys for Defendant Avenue Capital Management II, L.P.* |

STIPULATION REGARDING PROTECTIVE ORDER ON CONFIDENTIALITY

- 2 -

3:14-cv-01160-JST

GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy (CSB# 134180)
Robert V. Prongay (CSB# 270796)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Liaison Counsel for the Class*

THE ROSEN LAW FIRM, P.A.
Laurence M. Rosen, Esq. (CSB# 219683)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com

*Additional Counsel for the Class*

## CERTIFICATION OF CONCURRENCE FROM OTHER PARTIES

I, John C. Murphy, am the ECF User whose ID and password are being used to file this STIPULATION REGARDING PROTECTIVE ORDER ON CONFIDENTIALITY.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that the other signatory has concurred in this filing.

/s/ John C. Murphy
John C. Murphy

**IT IS SO ORDERED.**

Dated:  April 11, 2016

Honorable Jon S. Tigar
United States District Judge