**AKIN GUMP STRAUSS HAUER & FELD LLP**
PETER I. ALTMAN (SBN 285292)
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Telephone: (310) 782-3085
Facsimile: (310) 229-1001
Email: paltman@akingump.com

Attorneys for Michael Elkins

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH THOMAS, RICHARD HAYES, HERB SMITH, and OKLAHOMA POLICE PENSION & RETIREMENT SYSTEM,<br><br>Plaintiffs,<br><br>v.<br><br>MAGNACHIP SEMICONDUCTOR CORP. SANG PARK, TAE YOUNG HWANG, MARGARET SAKAI, R. DOUGLAS NORBY, ILBOK LEE, NADER TAVAKOLI, RANDAL KLEIN, MICHAEL ELKINS, AVENUE CAPITAL MANAGEMENT II, L.P., BARCLAYS CAPITAL INC., DEUTSCHE BANK SECURITIES INC., CITIGROUP GLOBAL MARKETS INC., UBS SECURITIES LLC and NEEDHAM & COMPANY, LLC,<br><br>Defendants. | CASE NO.: 3:14-cv-01160-JST<br><br>**STIPULATION REGARDING PROTECTIVE ORDER ON CONFIDENTIALITY** |

**WHEREAS,** on February 8, 2016, this Court entered a Stipulated Protective Order on Confidentiality ("Protective Order"), ECF No. 187, to which Lead Plaintiff and MagnaChip Semiconductor Corp. ("MagnaChip") were signatories;

**WHEREAS**, Michael Elkins ("Elkins") was not a signatory to the Protective Order;

**WHEREAS**, Lead Plaintiff and Elkins agree that the terms of the Protective Order should apply to all discovery in this matter between Lead Plaintiff and Elkins;

**IT IS THEREFORE STIPULATED THAT:**

All discovery in this matter between Lead Plaintiff and Elkins shall be governed by, and conducted pursuant to, the terms of the Protective Order.

Dated: October 11, 2016

| POMERANTZ LLP | AKIN GUMP STRAUSS HAUER & FELD LLP |
|---|---|
| */s/ Joshua B. Silverman* | */s/ John C. Murphy* |
| Patrick V. Dahlstrom | John C. Murphy |
| Joshua B. Silverman | Sydney Spector |
| 10 South LaSalle Street, Suite 3505 | One Bryant Park |
| Chicago, IL 60603 | New York, NY 10036 |
| Telephone: (312) 377-1181 | Telephone: (212) 872-1000 |
| Facsimile: (312) 377-1184 | Fax: (212) 872-1002 |
| pdahlstrom@pomlaw.com | jmurphy@akingump.com |
| jbsilverman@pomlaw.com | sspector@akingump.com |
| -and- | -and- |
| Marc I. Gross | Neal R. Marder |
| Jeremy A. Lieberman | Peter I. Altman |
| Michael J. Wernke | 2029 Century Park East, Suite 2400 |
| 600 Third Avenue, 20th Floor | Los Angeles, CA 90067-3010 |
| New York, NY 10016 | Telephone: (310) 782-3085 |
| Telephone: (212) 661-1100 | Facsimile: (310) 229-1001 |
| Facsimile: (212) 661-8665 | nmarder@akingump.com |
| migross@pomlaw.com | paltman@akingump.com |
| jalieberman@pomlaw.com | |
| mjwernke@pomlaw.com | *Attorneys for Michael Elkins* |
| *Lead Counsel for the Class* | |

**CERTIFICATION OF CONCURRENCE FROM OTHER PARTIES**

I, John C. Murphy, am the ECF User whose ID and password are being used to file this STIPULATION REGARDING PROTECTIVE ORDER ON CONFIDENTIALITY. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that the other signatory has concurred in this filing.

*/s/ John C. Murphy*
John C. Murphy

**IT IS SO ORDERED.**

Dated: October 11, 2016

Honorable Jon S. Tigar
United States District Judge