**AKIN GUMP STRAUSS HAUER & FELD LLP**
PETER I. ALTMAN (SBN 285292)
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Telephone: (310) 782-3085
Facsimile: (310) 229-1001
Email: paltman@akingump.com

Attorneys for Defendant Avenue Capital
Management II, L.P.

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEITH THOMAS, RICHARD HAYES, HERB SMITH, and OKLAHOMA POLICE PENSION & RETIREMENT SYSTEM,<br><br>Plaintiffs,<br><br>v.<br><br>MAGNACHIP SEMICONDUCTOR CORP. SANG PARK, TAE YOUNG HWANG, MARGARET SAKAI, R. DOUGLAS NORBY, ILBOK LEE, NADER TAVAKOLI, RANDAL KLEIN, MICHAEL ELKINS, AVENUE CAPITAL MANAGEMENT II, L.P., BARCLAYS CAPITAL INC., DEUTSCHE BANK SECURITIES INC., CITIGROUP GLOBAL MARKETS INC., UBS SECURITIES LLC and NEEDHAM & COMPANY, LLC,<br><br>Defendants. | CASE NO.: 3:14-cv-01160-JST<br><br>**STIPULATION REGARDING MOTION FOR CLASS CERTIFICATION** |

**WHEREAS,** on July 8, 2016, Plaintiffs filed a Motion for Class Certification, ECF No. 231 ("Motion");

**WHEREAS**, Avenue Capital Management II, L.P.'s ("Avenue") opposition ("Opposition") to the Motion is due on October 14, 2016;

**WHEREAS**, Plaintiffs' reply to the Opposition ("Reply") is due on December 2, 2016;

1    **WHEREAS**, Avenue requests to increase its page limit for the Opposition from 25 pages to 35 pages;

2    **WHEREAS**, Plaintiffs request to increase their page limit for the Reply from 15 pages to 25 pages;

**IT IS HEREBY STIPULATED, SUBJECT TO COURT APPROVAL, THAT:**

1. Avenue's Opposition shall not exceed 35 pages, exclusive of cover sheet, tables of contents and authorities, and appendices; and
2. Plaintiffs' Reply shall not exceed 25 pages, exclusive of cover sheet, tables of contents and authorities, and appendices.

Dated: October 7, 2016

| POMERANTZ LLP | AKIN GUMP STRAUSS HAUER & FELD LLP |
|---|---|
| /s/ Joshua B. Silverman | /s/ John C. Murphy |
| Patrick V. Dahlstrom | John C. Murphy |
| Joshua B. Silverman | Sydney Spector |
| 10 South LaSalle Street, Suite 3505 | One Bryant Park |
| Chicago, IL 60603 | New York, NY 10036 |
| Telephone: (312) 377-1181 | Telephone: (212) 872-1000 |
| Facsimile: (312) 377-1184 | Fax: (212) 872-1002 |
| pdahlstrom@pomlaw.com | jmurphy@akingump.com |
| jbsilverman@pomlaw.com | sspector@akingump.com |
| -and- | -and- |
| Marc I. Gross | Neal R. Marder |
| Jeremy A. Lieberman | Peter I. Altman |
| Michael J. Wernke | 2029 Century Park East, Suite 2400 |
| 600 Third Avenue, 20th Floor | Los Angeles, CA 90067-3010 |
| New York, NY 10016 | Telephone: (310) 782-3085 |
| Telephone: (212) 661-1100 | Facsimile: (310) 229-1001 |
| Facsimile: (212) 661-8665 | nmarder@akingump.com |
| migross@pomlaw.com | paltman@akingump.com |
| jalieberman@pomlaw.com | |
| mjwernke@pomlaw.com | *Attorneys for Defendant Avenue Capital Management II, L.P.* |
| *Lead Counsel for the Class* | |

## CERTIFICATION OF CONCURRENCE FROM OTHER PARTIES

I, John C. Murphy, am the ECF User whose ID and password are being used to file this STIPULATION REGARDING MOTION FOR CLASS CERTIFICATION.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that the other signatory has concurred in this filing.

                                                     /s/ John C. Murphy
                                                    John C. Murphy

**IT IS SO ORDERED.**

Dated:  October 11, 2016

Honorable Jon S. Tigar
United States District Judge