**POMERANTZ LLP**
Patrick V. Dahlstrom
Joshua B. Silverman
Louis C. Ludwig
10 South LaSalle, Ste. 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com
       jbsilverman@pomlaw.com
       lcludwig@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (CSB# 219683)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com

*Class Counsel*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH THOMAS, RICHARD HAYES, HERB SMITH, and OKLAHOMA POLICE PENSION & RETIREMENT SYSTEM,<br><br>Plaintiffs,<br><br>v.<br><br>MAGNACHIP SEMICONDUCTOR CORP. SANG PARK, TAE YOUNG HWANG, MARGARET SAKAI, R. DOUGLAS NORBY, ILBOK LEE, NADER TAVAKOLI, RANDAL KLEIN, MICHAEL ELKINS, AVENUE CAPITAL MANAGEMENT II, L.P., BARCLAYS CAPITAL INC., DEUTSCHE BANK SECURITIES INC., CITIGROUP GLOBAL MARKETS INC., UBS SECURITIES LLC and NEEDHAM & COMPANY, LLC,<br><br>Defendants. | Case No.: 3:14-cv-01160-JST<br><br>**CLASS ACTION**<br><br>Judge: Hon. Jon S. Tigar<br><br><br>**STIPULATION AND ~~PROPOSED~~ ORDER** |

All parties, through their undersigned counsel, hereby submit this Stipulation and Proposed Order regarding briefing of Defendant Avenue Capital Management II, L.P.'s ("Avenue Capital") anticipated motion to strike Plaintiffs' second motion for class certification, ECF No. 289:

WHEREAS, on January 10, 2017, this Court entered an order, ECF No. 291, stating, in part "The Court has received Defendant Avenue Capital's letter brief, ECF No. 290, concerning Plaintiffs' recently-filed second motion for class certification, ECF No. 289.  Plaintiffs are ordered to respond to that letter by 5:00 p.m. on January 11, 2017, solely with regard to Defendant's request that its obligation to respond to the class certification be held in abeyance so that Defendant can file a motion to strike the new class certification motion…. If Plaintiffs do not oppose that request, they should present a stipulated briefing schedule for the motion to strike…."

WHEREAS, Plaintiffs do not oppose the ordering of briefing suggested by Avenue Capital and, after consultation with counsel for Avenue Capital, have agreed to the following abbreviated schedule.

NOW, THEREFORE, the undersigned hereby stipulate, subject to Court approval, that:

1. Avenue Capital shall file a motion to strike on or before January 18, 2017.
2. Plaintiffs shall file their opposition on or before January 27, 2017.
3. Avenue Capital shall file any reply on or before February 3, 2017.
4. Avenue Capital's obligation to respond to the class certification motion (ECF No. 289) shall be held in abeyance during the pendency of the motion to strike.

Dated: January 11, 2017

**IT IS SO STIPULATED:**

| | |
|---|---|
| **AKIN GUMP STRAUSS HAUER & FELD LLP** | **POMERANTZ  LLP** |
| */s/ Peter I. Altman*<br>Neal R. Marder (SBN 126879)<br>Peter I. Altman (SBN 285292)<br>Ali R. Rabbani (SBN 253730)<br>Andrew S. Jick (SBN 278943)<br>1999 Avenue of the Stars, Suite 600<br>Los Angeles, CA 90067-6022<br>Telephone:  310.229.1000 | */s/ Joshua B. Silverman*<br>Patrick V. Dahlstrom<br>Joshua B. Silverman<br>Louis C. Ludwig<br>10 South LaSalle, Ste. 3505<br>Chicago, Illinois  60603<br>Telephone: (312) 377-1181 |

1

| | |
|---|---|
| Facsimile:  310.229.1001<br>nmarder@akingump.com<br>paltman@akingump.com<br>arabbani@akingump.com<br>ajick@akingump.com<br><br>Michael A. Asaro<br>John C. Murphy<br>Sydney S. Spector<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036<br>Telephone:  212.872.1000<br>Facsimile:  212.872.1002<br>masaro@akingump.com<br>jmurphy@akingump.com<br>sspector@akingump.com<br><br>*Counsel for Avenue Capital Management II, L.P.* | Facsimile: (312) 377-1184<br>Email:  pdahlstrom@pomlaw.com<br>jbsilverman@pomlaw.com<br>lcludwig@pomlaw.com<br><br>Marc I. Gross<br>Jeremy A. Lieberman<br>Michael J. Wernke<br>600 Third Avenue, 20th Floor<br>New York, New York 10016<br>Telephone: (212) 661-1100<br>Facsimile: (212) 661-8665<br>Email:  migross@pomlaw.com<br>     jalieberman@pomlaw.com<br>     mjwernke@pomlaw.com<br><br>**THE ROSEN LAW FIRM, P.A.**<br>Laurence M. Rosen, Esq. (CSB# 219683)<br>275 Madison Avenue, 34th Floor<br>New York, New York 10016<br>Telephone: (212) 686-1060<br>Fax: (212) 202-3827<br>Email: lrosen@rosenlegal.com<br><br>*Class Counsel*<br><br>**GLANCY PRONGAY & MURRAY LLP**<br>Lionel Z. Glancy (CSB# 134180)<br>Robert V. Prongay (CSB# 270796)<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 201-9160<br>Email: info@glancylaw.com<br><br>*Liaison Counsel* |

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 12, 2017            _____
                                   Hon. Jon S. Tigar,
                                   United States Dist. Judge

2