**POMERANTZ LLP**
Patrick V. Dahlstrom
Joshua B. Silverman
Louis C. Ludwig
10 South LaSalle, Ste. 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com
         jbsilverman@pomlaw.com
lcludwig@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (CSB# 219683)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com

*Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEITH THOMAS, RICHARD HAYES, HERB SMITH, and OKLAHOMA POLICE PENSION & RETIREMENT SYSTEM,<br><br>                    Plaintiffs,<br><br>         v.<br><br>MAGNACHIP SEMICONDUCTOR CORP. SANG PARK, TAE YOUNG HWANG, MARGARET SAKAI, R. DOUGLAS NORBY, ILBOK LEE, NADER TAVAKOLI, RANDAL KLEIN, MICHAEL ELKINS, AVENUE CAPITAL MANAGEMENT II, L.P., BARCLAYS CAPITAL INC., DEUTSCHE BANK SECURITIES INC., CITIGROUP GLOBAL MARKETS INC., UBS SECURITIES LLC and NEEDHAM & COMPANY, LLC,<br><br>                    Defendants. | Case No.: 3:14-cv-01160-JST<br><br>**CLASS ACTION**<br><br>Judge: Hon. Jon S. Tigar<br><br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER PURSUANT TO LOCAL RULE 6-2** |

All parties, through their undersigned counsel, hereby submit this Stipulation and Proposed Order regarding expert disclosure deadlines:

WHEREAS, the scheduling order entered by this Court on April 13, 2016 (ECF No. 223) provides that expert disclosures shall be made on or before February 3, 2017, expert rebuttal reports shall be served on or before March 17, 2017, and expert reply reports shall be served on or before April 14, 2017;

WHEREAS, consistent with this order, Plaintiffs and Defendant Avenue Capital Management II, L.P. exchanged their opening expert reports on February 3, 2017;

WHEREAS, the parties hereto and settling defendants have been attempting to schedule depositions in Korea, and have been told that at least four deponents can be produced in Korea during the week of March 6, 2017, and that certain of these deponents and their counsel have conflicts that will make scheduling of alternative dates difficult;

WHEREAS, the parties desire to take advantage of the ability to depose numerous witnesses in a single week in Korea, to minimize cost and travel time;

WHEREAS, adjusting the deadline for expert rebuttal reports, currently due on March 17, 2017, will facilitate the parties' ability to conduct depositions in Korea during the week of March 6;

WHEREAS, the parties have not previously requested any extension to any expert deadline; and

WHEREAS, the parties do not anticipate that the extension requested herein will require extending any dates other than those listed below.  Neither party, however, waives the right to petition the Court to extend any other deadline if circumstances warrant; and

WHEREAS, the undersigned parties believe that the circumstances described above warrant good cause to make the minor enlargement to expert deadlines requested herein.

NOW, THEREFORE, the undersigned hereby stipulate, subject to Court approval, that:

1. The deadline for serving expert rebuttal reports is extended from March 17, 2017 to April 14, 2017.
2. The deadline for serving expert reply reports is extended from April 14, 2017 to May 12, 2017.

Dated: February 13, 2017

**IT IS SO STIPULATED:**

| | |
|---|---|
| **AKIN GUMP STRAUSS HAUER & FELD LLP** | **POMERANTZ LLP** |
| */s/ John C. Murphy* <br> Neal R. Marder (SBN 126879) <br> Peter I. Altman (SBN 285292) <br> Ali R. Rabbani (SBN 253730) <br> Andrew S. Jick (SBN 278943) <br> 1999 Avenue of the Stars, Suite 600 <br> Los Angeles, CA 90067-6022 <br> Telephone: 310.229.1000 <br> Facsimile: 310.229.1001 <br> nmarder@akingump.com <br> paltman@akingump.com <br> arabbani@akingump.com <br> ajick@akingump.com <br><br> John C. Murphy <br> One Bryant Park <br> Bank of America Tower <br> New York, NY 10036 <br> Telephone: 212.872.1000 <br> Facsimile: 212.872.1002 <br> masaro@akingump.com <br> jmurphy@akingump.com <br> sspector@akingump.com <br><br> *Counsel for Avenue Capital Management II, L.P.* | */s/ Joshua B. Silverman* <br> Patrick V. Dahlstrom <br> Joshua B. Silverman <br> Louis C. Ludwig <br> 10 South LaSalle, Ste. 3505 <br> Chicago, Illinois 60603 <br> Telephone: (312) 377-1181 <br> Facsimile: (312) 377-1184 <br> Email: pdahlstrom@pomlaw.com <br> jbsilverman@pomlaw.com <br> lcludwig@pomlaw.com <br><br> Marc I. Gross <br> Jeremy A. Lieberman <br> Michael J. Wernke <br> 600 Third Avenue, 20th Floor <br> New York, New York 10016 <br> Telephone: (212) 661-1100 <br> Facsimile: (212) 661-8665 <br> Email: migross@pomlaw.com <br>     jalieberman@pomlaw.com <br>     mjwernke@pomlaw.com <br><br> **THE ROSEN LAW FIRM, P.A.** <br> Laurence M. Rosen, Esq. (CSB# 219683) <br> 275 Madison Avenue, 34th Floor <br> New York, New York 10016 <br> Telephone: (212) 686-1060 <br> Fax: (212) 202-3827 <br> Email: lrosen@rosenlegal.com <br><br> *Class Counsel* <br><br> **GLANCY PRONGAY & MURRAY LLP** <br> Lionel Z. Glancy (CSB# 134180) <br> Robert V. Prongay (CSB# 270796) <br> 1925 Century Park East, Suite 2100 <br> Los Angeles, CA 90067 <br> Telephone: (310) 201-9150 <br> Facsimile: (310) 201-9160 <br> Email: info@glancylaw.com <br><br> *Liaison Counsel* |

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 13, 2017

_____
Hon. Jon S. Tigar,
United States Dist. Judge