*[Counsel For All Parties Listed on Signature Page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH THOMAS, RICHARD HAYES, HERB SMITH, and OKLAHOMA POLICE PENSION & RETIREMENT SYSTEM,<br><br>Plaintiffs,<br>v.<br><br>MAGNACHIP SEMICONDUCTOR CORP. SANG PARK, TAE YOUNG HWANG, MARGARET SAKAI, R. DOUGLAS NORBY, ILBOK LEE, NADER TAVAKOLI, RANDAL KLEIN, MICHAEL ELKINS, AVENUE CAPITAL MANAGEMENT II, L.P., BARCLAYS CAPITAL INC., DEUTSCHE BANK SECURITIES INC., CITIGROUP GLOBAL MARKETS INC., UBS SECURITIES LLC and NEEDHAM & COMPANY, LLC,<br><br>Defendants. | Case No.: 3:14-cv-01160-JST<br><br>**CLASS ACTION**<br><br>Judge: Hon. Jon S. Tigar<br><br><br>**STIPULATION AND [PROPOSED] ORDER PURSUANT TO LOCAL RULE 6-2** |

1 | Avenue Capital Management II, LP ("Avenue Capital") and Plaintiffs (together with
2 | Avenue Capital, the "Parties"), through their undersigned counsel, hereby submit this Stipulation
3 | and Proposed Order regarding Plaintiffs' withdrawal of their designation of William H. Purcell
4 | ("Purcell") as an expert for trial and the expert report of Purcell ("Purcell Report"), Avenue
5 | Capital's corresponding withdrawal of its Motion to Strike the Expert Report and Preclude the
6 | Testimony of William H. Purcell ("Motion"), and the resultant amended discovery deadlines:

WHEREAS, Avenue Capital filed the Motion (ECF No. 303), Plaintiffs filed an opposition (ECF No. 312), and Avenue Capital filed a reply (ECF No. 315);

WHEREAS, by order dated March 20, 2017 (ECF No. 304), the Court set a hearing on the Motion for May 4, 2017 at 2 p.m., the time of which was amended by order dated March 27, 2017 (ECF No. 310) to May 4, 2017 at 9:30 a.m. ("Hearing");

WHEREAS, by order dated May 1, 2017 (ECF No. 316), the Court requested that, for the Hearing, the Parties be prepared to address whether Plaintiffs should be allowed to file a new supplemental expert report and to identify deadlines for a supplemental expert report and rebuttal if the Court granted the Motion;

WHEREAS, by order dated March 22, 2017 (ECF No. 309) ("March 22 Scheduling Order"), expert rebuttal reports shall be served on or before July 7, 2017 (provided however that Avenue Capital's deadline to serve rebuttal to the Purcell Report shall be the later of July 7, 2017, and 30 days after the Court resolves the Motion), expert reply reports shall be served on or before August 4, 2017 (provided however that Plaintiffs' deadline to serve a reply regarding the Purcell Report shall be the later of August 4, 2017, and 60 days after the Court resolves the Motion), expert discovery shall be complete by September 1, 2017 (provided however that the deadline to complete expert discovery with respect to Purcell shall be the later of September 1, 2017, and 90 days after the Court resolves the Motion), dispositive motions shall be filed by October 4, 2017, pretrial statements shall be filed by March 16, 2018, a pretrial conference shall take place on March 23, 2018, and a jury trial shall take place beginning April 23, 2018;

WHEREAS, the undersigned parties believe that the circumstances described above warrant good cause to order the following.

NOW, THEREFORE, the undersigned hereby stipulate, subject to Court approval, that:

1. Plaintiffs shall withdraw their designation of Purcell as an expert for trial and the Purcell Report;
2. Avenue Capital shall withdraw its Motion;
3. The Hearing is canceled;
4. All deadlines associated with the Purcell Report in the March 22 Scheduling Order are canceled;
5. Plaintiffs shall serve any supplemental expert disclosure to replace their designation of Purcell as an expert for trial and the Purcell Report ("Replacement Report") on or before July 7, 2017;
6. The scope of the opinions expressed in the Replacement Report shall be substantially the same as the scope of the opinions expressed in the Purcell Report;
7. Avenue Capital shall serve its expert rebuttal to the Replacement Report on or before September 20, 2017;
8. Plaintiffs shall serve any expert reply to Avenue's rebuttal to the Replacement Report on or before October 18, 2017;
9. The deadline for completing expert discovery with respect to the Replacement Report shall be November 15, 2017;
10. The deadline for filing dispositive motions is extended from October 4, 2017 to December 15, 2017;
11. The deadline for filing pretrial statements is extended from March 16, 2018 to April 13, 2018;
12. The pretrial conference scheduled on March 23, 2018 is continued to April 20, 2018 or as soon as possible thereafter; and
13. The jury trial scheduled to begin on April 23, 2018 is continued to May 21, 2018 or as soon as possible thereafter.

**IT IS SO STIPULATED:**

Dated: May 2, 2017

| **AKIN GUMP STRAUSS HAUER & FELD LLP** | **POMERANTZ LLP** |
|---|---|
| */s/ Peter I. Altman* | */s/ Jonathan Stern* |
| Neal R. Marder (SBN 126879) | Patrick V. Dahlstrom |
| Peter I. Altman (SBN 285292) | Joshua B. Silverman |
| Ali R. Rabbani (SBN 253730) | Louis C. Ludwig |
| Andrew S. Jick (SBN 278943) | 10 South LaSalle, Ste. 3505 |
| 1999 Avenue of the Stars, Suite 600 | Chicago, Illinois 60603 |
| Los Angeles, CA 90067-6022 | Telephone: (312) 377-1181 |
| Telephone: 310.229.1000 | Facsimile: (312) 377-1184 |
| Facsimile: 310.229.1001 | Email: pdahlstrom@pomlaw.com |
| nmarder@akingump.com | jbsilverman@pomlaw.com |
| paltman@akingump.com | lcludwig@pomlaw.com |
| arabbani@akingump.com | |
| ajick@akingump.com | Marc I. Gross |
| | Jeremy A. Lieberman |
| John C. Murphy | Michael J. Wernke |
| One Bryant Park | 600 Third Avenue, 20th Floor |
| Bank of America Tower | New York, New York 10016 |
| New York, NY 10036 | Telephone: (212) 661-1100 |
| Telephone: 212.872.1000 | Facsimile: (212) 661-8665 |
| Facsimile: 212.872.1002 | Email: migross@pomlaw.com |
| jmurphy@akingump.com | jalieberman@pomlaw.com |
| | mjwernke@pomlaw.com |
| *Counsel for Avenue Capital Management II, L.P.* | **THE ROSEN LAW FIRM, P.A.** |
| | Laurence M. Rosen, Esq. (CSB# 219683) |
| | Jonathan Stern |
| | 275 Madison Avenue, 34th Floor |
| | New York, New York 10016 |
| | Telephone: (212) 686-1060 |
| | Fax: (212) 202-3827 |
| | Email: lrosen@rosenlegal.com |
| | *Class Counsel* |
| | **GLANCY PRONGAY & MURRAY LLP** |
| | Lionel Z. Glancy (CSB# 134180) |
| | Robert V. Prongay (CSB# 270796) |
| | 1925 Century Park East, Suite 2100 |
| | Los Angeles, CA 90067 |
| | Telephone: (310) 201-9150 |
| | Facsimile: (310) 201-9160 |
| | Email: info@glancylaw.com |
| | *Liaison Counsel* |

**Pursuant to L.R. 5–1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories above.

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 3, 2017

_____
Hon. Jon S. Tigar,
United States District Judge